*DM –*
*Incorrect/upon*
*U – Case returned*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Case:2:17-cv-10578
Judge: Tarnow, Arthur J.
MJ: Stafford, Elizabeth A.
Filed: 02-17-2017 At 10:04 AM
CMP SANDERS v SENNHOLZ, ET AL (dat)

Terroll M Sanders

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

**v.**

Kelly Sennholze
et al

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☑ Yes     ☐ No
                *(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jerroll Sanders |
| Street Address | 19315 Monica |
| City and County | Detroit |
| State and Zip Code | Michigan, 48221 |
| Telephone Number | 202.499-8286 |
| E-mail Address | Jerrollms@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.  See Attached

Defendant No. 1

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

**DEFENDANTS**

**Kelly Sennholz**

2480 Yate Street

Denver, CO 80212

303.744.3100

**Kirstin Elaine Martin**

118 Prospect Street

Gloucester, MA

917.523.9163

**Diane Blumstein**

276 Chestnut Hill Ave, Apt. #11

Brighton, MA 02135

857.928.2094
Email: Diblu2000@gmail.com

**Donna Soodalter-Toman**

30 Starknaught Heights

Gloucester, MA 01930

617.447.7527
Email: Donnastoman@rcn.com

**Nancy Goodman**

12 Caleb's Lane

Rockport, MA 01966

978.290.0702
Email: Ngoodman52@yahoo.com

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

Name                          _____

Job or Title                  _____
(if known)

Street Address                _____

City and County               _____

State and Zip Code            _____

Telephone Number              _____

E-mail Address                _____
(if known)

Defendant No. 4

Name                          _____

Job or Title                  _____
(if known)

Street Address                _____

City and County               _____

State and Zip Code            _____

Telephone Number              _____

E-mail Address                _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of
cases can be heard in federal court: cases involving a federal question and cases involving
diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United
States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C.
§ 1332, a case in which a citizen of one State sues a citizen of another State or nation and the
amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of
citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.**     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual
The plaintiff, *(name)*   JErRoll SAnders   ,
is a citizen of the State of *(name)*   Michigan   .

b.     If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual
The defendant, *(name)* Kelly Sennholz , is a citizen of the
State of *(name)* Denver, Colorado. *Or is a citizen of (foreign nation)* _____.

b.     If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or is incorporated under the laws of (foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: 5,000, 000

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See attached

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _2 - 17_____, 2017

Signature of Plaintiff  _____

Printed Name of Plaintiff  _Jerroll Sanders_

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

See attached

# IN THE UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Jerroll M. Sanders,

              Plaintiff
              Pro Se,

              vs.

Kelly Sennholz,
Kirstin Elaine Martin,
Diane Blumstein,
Donna Soodalter-Toman,
Nancy Goodman,
              Defendants

Case:2:17-cv-10578
Judge: Tarnow, Arthur J.
MJ: Stafford, Elizabeth A.
Filed: 02-17-2017 At 10:04 AM
CMP SANDERS v SENNHOLZ, ET AL (dat)

DEMAND FOR JURY TRIAL

## COMPLAINT FOR A CIVIL CASE

1

**DEFENDANTS**

Kelly Sennholz
2480 Yate Street
Denver, CO 80212
303.744.3100
Email: ksennholzmd@gmail.com

Kirstin Elaine Martin
118 Prospect Street
Gloucester, MA
917.523.9163
Kirstin@sparx3.com

Diane Blumstein
276 Chestnut Hill Ave, Apt. #11
Brighton, MA 02135
857.928.2094
Email: Diblu2000@gmail.com

Donna Soodalter-Toman
30 Starknaught Heights
Gloucester, MA 01930
Email: Donnastoman@rcn.com
617.447.7527

Nancy Goodman
12 Caleb's Lane
Rockport, MA 01966
978.290.0702
Email: Ngoodman52@yahoo.com

2

## JURISDICTION

This court has jurisdiction and authority pursuant to 28 U.S.C. § 1332.

## STATEMENT OF FACTS

Plaintiff Jerroll M. Sanders launched a citizen initiative on or about November 13, 2016, that sought to secure a revote of the 2016 elections. Defendant Kirstin Elaine Martin joined with Sanders about late November on the revote effort. Weeks later, Kelly Sennholz also joined Sanders' effort. The parties were aided by more than 20 citizens who routinely provided contacts, contributed financially, and provided other forms of important support to advance the effort. Members of the public also routinely contributed to the effort and provided aid in various forms.

Plaintiff Sanders functioned as the group's lead and legal strategist. Kirstin Martin performed an important marketing and outreach function. Kelly Sennholz— a latecomer—managed social media and continued to raise funds via a GoFundMe account she established before joining the group. Sennholz's GoFundMe account listed a very high fundraising goal (about $300,000) even though Sennholz had no project underway or idea for a project when she joined the group. Funds donated to Sennholz's GoFundMe account continue to flow directly into Sennholz's personal account.

The more than 20 core members of the group routinely interacted with Sanders, Sennholz, and Martin via ongoing email exchanges, telephone calls, and

text messages. They directed legal questions to Sanders, funding questions to Sennholz, and suggestions or questions for outreach and contacts to Martin.

Plaintiff Sanders crafted the legal strategy that has become the underpinnings of the group's revote effort. With strategy in hand, Plaintiff Sanders, Defendant Martin and other members of the group worked to identify an attorney who was willing to act upon Sanders' strategy or formulate a new strategy that had a realistic chance of achieving a revote. After an exhaustive and ongoing effort to identify an attorney who would represent the group proved fruitless, Sanders commenced drafting a writ of mandamus based upon the Guarantee Clause. The writ sought to permanently enjoin the swearing-in of newly elected congressional members, ratification of electoral votes, and swearing in of the President-elect and Vice President-elect on January 20, 2017.

Plaintiff Sanders' legal strategy called for sets of citizens to file briefs (writs of mandamus) in different federal court venues: Sanders and Defendant Kelly Sennholz filed in U.S. District Court, District of Colorado (C17-CV-00048); Kirsten Elaine Martin enlisted her friends to file in Massachusetts Federal District Court, which transferred the case to the United States Court of Appeals For the First Circuit (No. 17-1029); and another set of petitioners filed in the United States District Court, Northern District of California (3:17 cv-00060-JST).

Defendants Blumstein, Goodman, and Soodalter-Toman were made aware the project, its purpose, the case, and the role they would play before they filed the writ of mandamus drafted by Sanders. Defendants paid for the filings with funds

4

from Sennholz's GoFundMe account—now deemed the group's GoFundMe account. Sennholz heavily promoted the GoFundMe account on twitter as did other members of the group for the revote project Sanders was spearheading.

All three Courts dismissed/denied Petitioners' requests, including The United States Court of Appeals for the First Circuit in Massachusetts, which stated that Sanders' writ (No. 17-1029) contained a "novel constitutional claim."

Still unable to find a lawyer, Sanders drafted a U.S. Supreme Court writ of mandamus appeals brief to appeal lower court decisions to the U.S. Supreme Court. Massachusetts Petitioners—Martin's friends—accepted Sanders' brief and filed it at the U.S. Supreme Court. In the meantime, legal scholars began to applaud the quality of Sanders' writ and novel legal argument. CNN Commentators Malcolm Nance, Former CIA Operative Robert Baer and other noted personalities also provided extremely favorable feedback on the writ, including labelling it "brilliant" and "ingenious."

Around mid-January 2017, Defendants Martin and Sennholz initiated a discussion with Sanders about possible book deals and speaking tours. Soon after, both Defendants began to engage in a number of actions that evidenced *bad faith* and intent to "steal" Sanders' work. Sennholz, Martin and the other Defendants continue to engage in a number of tortious acts that are causing extreme injury and emotional distress to Plaintiff Sanders.

**COUNT I: CONSPIRACY TO EFFECT THEFT THROUGH CONVERSION:**

Plaintiff Sanders explained the conditions upon which she was making use of her writ available and never expressed intent to confer her work or control of the revote project to those who signed and filed the writs.

When the writs drafted by Sanders began to earn praise, Defendants Sennholz and Martin enlisted Defendants Blumstein, Soodalter-Toman and Goodman—all of whom are Petitioners on the revote writ pending before the U.S. Supreme Court—to seize ownership and control of Sanders' work while ousting Sanders by:

- Foreclosing all communications with Sanders;
- Establishing their own separate website and social media accounts;
- Declaring to the large group they should no longer communicate with Sanders because the Petitioners are in control of the revote effort; and
- Falsely claiming that Sennholz and Martin helped draft writs that were drafted solely by Sanders.

In the meantime, Defendants continue to use Sanders' work as the basis for fundraising and self-promotion, which includes securing a $10,000 contribution from Rosie O'Donnell. At same time, Defendants conceal Sanders' authorship of the writs and leadership on the project.

## COUNT II: CONSPIRACY TO INFRINGE UPON COPYRIGHT

Plaintiff Sanders is the sole author of the copyrighted writs as well as the revote motions and legal strategy. Defendants continue to use Plaintiff's work without her permission, representing it as their own.

## COUNT III: CONSPIRACY TO DEFAME

Sanders has a strong record of integrity, performance and innovation among clients and the national community at large. Defendants have repeatedly defamed Sanders by:

- Publishing false and damaging statements about Sanders on the website Revote17.org, on Twitter, Facebook, blogs, and in other print and electronic venues;

- Publishing false and damaging statements that cast Sanders as a liar for claiming to be the sole creator of the revote, including the writ as well as the appeals writ that is now before the U.S. Supreme Court;

- Claiming they helped write the writ, which casts Sanders as a liar when she proclaims she singularly wrote all the legal documents associated with this effort to date;

- Publishing false and damaging statements about Sanders' character and motives via emails and in public forums.

## COUNT IV: DEFAMATION BY IMPLICATION AND ASSOCIATION

Defendants have created a website and social media accounts that closely mirror the website and social media accounts started by the original revote team led by Sanders. Defendants' actions have made it almost impossible for Sanders to distance herself from Sennholz's and Martin's questionable fundraising practices that funnel funds directly into Sennholz's personal account, including the $10,000 donation from Rosie O'Donnell.

Sanders has complained repeatedly about Sennholz's refusal to provide a detailed accounting of funds raised and expended. Defendant Sennholz makes a plethora of false and damaging statements on her GoFundMe page that members of the public are likely to attribute to Sanders.

## COUNT V: BREACH OF CONTRACT

Defendants Blumstein, Soodalter-Toman, and Goodman were advised in advance about Sanders's legal strategy that included having citizens file writs in multiple courts. Defendants used Sanders' writs not once, but twice—with full knowledge of the groups' expectations. They knew Sanders did not write the writs for them personally or for their self-promotion and did not intend for the writs to be used on a revote project led by another team.

Facts and circumstances affirm that Sanders and her trusted partners— Kirsten Elaine Martin, Kelly Sennholz, and Petitioners—evidenced early on mutual

8

intent to forge a contract by the manner in which they performed, the circumstances that characterized their relationship and the substance of their communications. Plaintiff and Defendants also had very defined roles. During the course of their interactions, Sennholz and Martin repeatedly breached their contract with Sanders by:

- Urging Defendants Blumstein, Soodalter-Toman, and Goodman—writ Petitioners—to abstain from talking to Sanders;

- Committing a series of tortious acts against Sanders;

- Repeatedly advising members of the larger revote team that they should disregard Sanders because the Petitioners on the writ are in control;

- Falsely disparaging Sanders' performance and blaming her for printing delays that were, in fact, due to the inexplicable interventions of Sennholz;

- Encouraging Defendants named on the revote petition to undermine Sanders and hand Martin and Sennholz the leadership reigns on the revote project; and

- Repeatedly intervening to stifle Sanders' efforts to publicize the revote effort she began.

9

## REQUEST FOR RELIEF

Plaintiff prays that the Court hold all defendants jointly and severally liable for the extensive tort injuries, damage to Sanders reputation and theft of her intellectual property in the amount of $5,000,000.

Dated the 16th day of February 2017:
Jerroll M. Sanders, Pro
Se

10

**CIVIL COVER SHEET**

JS 44 (Rev. 08/16)

County in which action arose:

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Jerroll Sanders

**DEFENDANTS**
Kelly Sennholz

**(b)** County of Residence of First Listed Plaintiff Detroit, MI
*(EXCEPT IN U.S. PLAINTIFF CASES)*
Wayne C.

County of Residence of First Listed Defendant Denver CO

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
19315 Monica
Detroit, MI 48221

Case:2:17-cv-10578
Judge: Tarnow, Arthur J.
MJ: Stafford, Elizabeth A.
Filed: 02-17-2017 At 10:04 AM
CMP SANDERS v SENNHOLZ, ET AL (dat)

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [X] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS**

*PERSONAL INJURY*
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [X] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
*Habeas Corpus:*
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
*Other:*
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332
Brief description of cause:
Defendants Committed Tort Offenses

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $5,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 2/16/17

SIGNATURE OF ATTORNEY OF RECORD
Jerroll Sanders

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?      ☐ Yes  ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes  ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

# New Lawsuit Check List

**Instructions:** Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

☒ Two (2) completed **Civil Cover Sheets**.

☒ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

~~5~~ 7 + 2 = _____ **Complaints.**
# of Defendants          Total

Received by Clerk: _____ Addresses are complete: ✓_____

Case:2:17-cv-10578
Judge: Tarnow, Arthur J.
MJ: Stafford, Elizabeth A.
Filed: 02-17-2017 At 10:04 AM
CMP SANDERS v SENNHOLZ, ET AL (dat)

☐ If any of your defendants are **government agencies**:
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| **If Paying The Filing Fee:** | **If Asking That The Filing Fee Be Waived:** |
|---|---|
| ☐ Current new civil action filing fee is attached. *incorrect fee amount* Fees may be paid by check or money order made out to: *see below* **Clerk, U.S. District Court** Received by Clerk: _____ Receipt #: _____ | ☐ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms. *see below* Received by Clerk: _____ |

## Select the Method of Service you will employ to notify your defendants:

| **Service via Summons by Self** | **Service by U.S. Marshal** (Only available if fee is waived) | **Service via Waiver of Summons** (U.S. Government cannot be a defendant) |
|---|---|---|
| ☒ Two (2) completed **summonses** for each defendant including each defendant's name and address. *incomplete summons – no plaintiff address* Received by Clerk: _____ | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint. ☐ Two (2) completed **Request for Service by U.S. Marshal** form. Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk. Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need: • One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant • Two (2) **Waiver of the Service of Summons** forms per defendant Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

## Clerk's Office Use Only

Note any deficiencies here:

* incorrect fee sent in – check returned to plaintiff.

* incomplete summons – plaintiff name + address are not completed

Rev. 4/13



Reusable

MARLBORO

'SH PTWA

TO CLERK'S OFFICE
EASTERN DISTRICT COURT OF MICHIGAN
THEODORE LEVIN US COURTHOUSE
231 W LAFAYETTE BLVD
DETROIT MI 48226

MON – 20 FEB 10:30A
MORNING 2DAY

48226
MI-US DTW

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely.
For shipping terms and conditions and our limits of liability, refer to the
applicable FedEx Express shipping document, the current FedEx Service
Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping
locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2013 FedEx 150949 REV 10/13

See how FedEx connects the world in responsible and resourceful ways
at **earthsmart.fedex.com**. Join our efforts by recycling this FedEx pak.

FedEx



RECEIVED
FEB 1 7 2017
CLERK'S OFFICE
DETROIT

99150949