IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Jerroll M. Sanders, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:17-cv-10578 |
| v. ) | |
| ) | Honorable Arthur J. Tamow |
| Kelly Sennholz, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER GRANTING MOTION TO QUASH DEFECTIVE SUMMONSES

Defendants, having moved by counsel to quash the summonses allegedly served by Plaintiff in this case, and the Court, having reviewed said motion and being duly advised in the premises, hereby deems that it is meritorious and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defective summonses served by Plaintiff are quashed. Defendants shall answer or otherwise respond to Plaintiff's Complaint (Dkt. 1) on or before April 18, 2017, as suggested by the Waiver of Service of Summons filed by Defendants (Dkt. 8).

SO ORDERED this 31st day of March, 2017.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE