UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERROLL SANDERS,

    Plaintiff,

v.

KELLY SENNHOLZ, ET. AL.,

    Defendant.

Case No. 17-10578

SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE ELIZABETH A. STAFFORD

_____/

## JUDGMENT

All issues having been resolved by the court's Order [19] of July 28, 2017,

**THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 28th day of July 2017.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: /s/A. Chubb_____

        Deputy Clerk

Approved:

/s/Arthur J. Tarnow_____
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE